Ramsey *v.* Randall *et al.*

---

## RAMSEY *v.* RANDALL ET AL.

SUPREME COURT.—*Assignment of Error.*—Where the overruling of a motion for a new trial is not assigned as error, the Supreme Court will not consider any error properly constituting a cause for a new trial.

From the Marion Circuit Court.

*W. Morrow* and *N. Trusler*, for appellant.

*E. T. Johnson*, for appellee.

DOWNEY, C. J.—There are no questions presented by the assignment of errors in this case, except such as should have been stated as reasons for a new trial. The overruling of the motion for a new trial is not assigned as error. The case is like the case of *Cole* v. *Burris*, 38 Ind. 168; and for the reasons there stated the judgment must be affirmed. See *Tyner* v. *Adams*, 34 Ind. 401.

Judgment affirmed, with five per cent. damages and costs.